# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| ROBERT L. SMITH JR., | : | Case No. 3:16-cv-168 |
| Plaintiff, | : | Judge Thomas M. Rose |
| v. | : | |
| BERNARD THOMAS, | : | |
| Defendant. | : | |

## ENTRY AND ORDER REGARDING THE APPEARANCE OF COUNSEL

On October 11, 2017, the Court held a status conference to discuss the parties' preparation for trial. Defendant Bernard Thomas informed the Court that he intends to retain counsel to represent him at trial. Plaintiff Robert L. Smith indicated that he is strongly considering doing the same. In order to facilitate the parties' timely preparation for trial, the Court hereby **ORDERS** that any counsel retained by the parties must enter their appearance in this case by no later than November 10, 2017.

**DONE** and **ORDERED** in Dayton, Ohio, this Thursday, October 12, 2017.

s/Thomas M. Rose
_____
THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE