# UNITED STATES DISTRICT COURT

for the

Southern District of Ohio

| | |
|---|---|
| Robert L. Smith, Jr., | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No.  3:16-CV-168 |
| Bernard Thomas | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑  other:   Judgment in favor of Plaintiff and against Defendant; Motion to Strike, document no. 25 is Denied; Findings
of Fact, Conclusions of Law and Final Judgment on Complaint entered; case terminated on the docket of
this Court.

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision
was reached.

☑  decided by Judge   Thomas M. Rose _____ on a motion for

Date: ____3/27/18_____

CLERK OF COURT

*Signature of Clerk or Deputy*